DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH HICKEY,**
Appellant,

v.

**KENNETH JERKINS,**
Appellee.

No. 4D18-3538

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan R. Lubitz, Judge; L.T. Case No. 50-2015-CA-008600-XXXX-MB.

Kent Huffman of Hutchinson & Huffman, P.A., West Palm Beach, for appellant.

Kara Berard Rockenbach and Daniel M. Schwarz of Link & Rockenbach, P.A., West Palm Beach, and Philip L. Valente of the Valente Law Firm, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ J., and BOATWRIGHT, JOE, Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***